# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.   CR 09-230(A)-SVW | Date   February 22, 2010 |

Present: The Honorable   STEPHEN V. WILSON

| Paul Cruz/Isabel Martinez | Deborah Gackle | Justin Rhoades |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Dolores Duarte Armenta | ☐ | ■ | Yolanda Barrera | ☐ | ☐ | ■ | N/A |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ **Contested**   ■ **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.
____ Imprisonment for   Years/months   on each of counts _____
Count(s) _____ concurrent/consecutive to count(s) _____
Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
____ Perform _____ hours of community service.
____ Serve _____ in a CCC/CTC.
____ Pay    $_____ fine amounts & times determined by P/O.
____ Make   $_____ restitution in amounts & times determined by P/O.
____ Participate in a program for treatment of narcotic/alcohol addiction.
____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
____ Other conditions: _____
____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____ Pay   $_____ per count, special assessment to the United States for a total of  $_____
____ Imprisonment for   months/years   and for a study pursuant to 18 USC _____
with results to be furnished to the Court within   days/months   whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
____ Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.   ____ Processed statement of reasons.
____ Bond exonerated   ____ upon surrender   ____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Remand/Release   # _____
____ Present bond to continue as bond on appeal.   ____ Appeal bond set at   $_____
✔ Filed and distributed judgment. ENTERED.
____ Other _____

_____ : 17

Initials of Deputy Clerk   pc

cc: